Case 3:22-cv-00115-GMG-RWT   Document 15   Filed 09/08/22   Page 1 of 1   PageID #: 112



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Skylar Marti Schnippel 73209-083
   HAZELTON FCI
   Inmate Mail
   P O BOX 5000
   BRUCETON MILLS, WV 26525
   3:22cv115 #14

   9590 9402 6055 0125 9519 66

2. Article Number: 7020 1810 0001 5320 8871

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FILED
SEP 08 2022
DISTRICT COURT-WVND
MARTINSBURG, WV 25401

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery